| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **DMF Realty, LLC** |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1617504** |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**993 Harvest Drive**
**Antioch, IL 60002**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Lake**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor    **DMF Realty, LLC**                                              Case number (*if known*) _____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **DMF Realty, LLC**
_____
Name                                                Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**       .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **DMF Realty, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2016**
MM / DD / YYYY

X **/s/ Dale Michalek**
Signature of authorized representative of debtor

**Dale Michalek**
Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

X **/s/ Ilene F. Goldstein**
Signature of attorney for debtor

Date    **May 16, 2016**
MM / DD / YYYY

**Ilene F. Goldstein**
Printed name

**Law Offices of Ilene F. Goldstein, Chartered**
Firm name

**900 Skokie Blvd**
**Suite 128**
**Northbrook, IL 60062**
Number, Street, City, State & ZIP Code

Contact phone    **847-562-9595**       Email address    **ifgolds@aol.com**

Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **DMF Realty, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 16, 2016**          X **/s/ Dale Michalek**
                                        Signature of individual signing on behalf of debtor

                                        **Dale Michalek**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **DMF Realty, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................    $    **329,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................    $    **1,800.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................    $    **330,800.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **311,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **0.00**

4.    Total liabilities .................................................................................................
    Lines 2 + 3a + 3b    $    **311,000.00**

**Fill in this information to identify the case:**

Debtor name    **DMF Realty, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **The Private Bank, Lake Forest** | **Checking Account** | | **$550.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**          **$550.00**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.   **Security deposit for Renter on Old Gages Lake Road** | **$1,250.00** |
|---|---|

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

**9.**    **Total of Part 2.**          **$1,250.00**
       Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **DMF Realty, LLC**
Name

Case number *(If known)* _____

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **18583 W. Old Gages Lake Road Grayslake, IL 60030** | | $0.00 | | $110,000.00 |

---

Debtor    **DMF Realty, LLC**                                          Case number *(If known)* _____
Name

| 55.2. | **993 Harvest Drive**<br>**Antioch, IL 60002** | | $0.00 | $219,000.00 |
|-------|--------------------------------------------|---|-------|-------------|

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $329,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **DMF Realty, LLC**
_____    Case number *(if known)* _____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $550.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $329,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,800.00 | + 91b. $329,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $330,800.00 |

**Fill in this information to identify the case:**

Debtor name **DMF Realty, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **FRLF 1, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $180,000.00 | $219,000.00 |
| | **222 West Adams Street**<br>**Suite 1980**<br>**Chicago, IL 60606** | **993 Harvest Drive**<br>**Antioch, IL 60002** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **First Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **2/2015** | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0347** | As of the petition filing date, the claim is: | | |
| | Do multiple creditors have an interest in the same property? | Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **1. FRLF 1, LLC**<br>**2. Terrance Wang**<br>**3. Lake County** | | | |

| 2.2 | **Lake County** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $4,000.00 | $110,000.00 |
| | **18 N. County St.**<br>**Suite 102**<br>**Waukegan, IL 60085-4361** | **18583 W. Old Gages Lake Road**<br>**Grayslake, IL 60030** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Real Estate Taxes** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Debtor **DMF Realty, LLC**
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. RCN Capital One** | ☐ Disputed |
| **2. Lake County** | |

---

| 2.3 | **Lake County** | Describe debtor's property that is subject to a lien | $13,000.00 | $219,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **993 Harvest Drive** | | |
| | **18 N. County St.** | **Antioch, IL 60002** | | |
| | **Suite 102** | | | |
| | **Waukegan, IL 60085-4361** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Real Estate Taxes** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **RCN Capital One** | Describe debtor's property that is subject to a lien | $64,000.00 | $110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **18583 W. Old Gages Lake Road** | | |
| | **75 Gerber Road East** | **Grayslake, IL 60030** | | |
| | **South Windsor, CT 06074** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **First Mortgage** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **9/23/14** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0848** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.5 | **Terrance Wang** | Describe debtor's property that is subject to a lien | $50,000.00 | $219,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **993 Harvest Drive** | | |
| | | **Antioch, IL 60002** | | |
| | **1625 Vista Drive** | **18583 W. Old Gages Lake Road,** | | |
| | **Glendale, CA 91201** | **Grayslake, IL 60030** | | |
| | Creditor's mailing address | Describe the lien | | |

---

Debtor   **DMF Realty, LLC**

Name

Case number (if know)

### Second Mortgage, Cross Collateralized Loan on other property

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**6/2015**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$311,000.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **DMF Realty, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset? ☐ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name **DMF Realty, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Joint Venture Agreement** | |
| State the term remaining | **open ended** | **Wendell De Guzman of HHS Marketing, LLC 5120 Main Street, Suite 106 Downers Grove, IL 60515** |
| List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name     **DMF Realty, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dale Michalek** | **993 Harvest Drive**<br>**Antioch, IL 60002** | **FRLF 1, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dale Michalek** | **993 Harvest Drive**<br>**Antioch, IL 60002** | **RCN Capital One** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**DMF Realty, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$7,500.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **DMF Realty, LLC**                                    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Frank Montalto** **301 Waukegan** **Lake Bluff, IL 60044** | 2/2016 | $180,000.00 | **Loan came due to Lender in the approximately of $175,000.00 (property purchased Summer of 2015 for $169,000).** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **DMF Realty, LLC**                                        Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Ilene F. Goldstein, Chart 900 Skokie Blvd Suite 128 Northbrook, IL 60062** | **Attorney Fees** | **5/13/2016** | **$2,000.00** |
| | **Email or website address**<br>**ifgolds@aol.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Law Offices of Ilene F. Goldstein, Chart 900 Skokie Blvd Suite 128 Northbrook, IL 60062** | **Filing Fee** | **5/13/2016** | **$335.00** |
| | **Email or website address**<br>**ifgolds@aol.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **DMF Realty, LLC**                                                        Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Frank Montalto**<br>see question 4 | **301 Waukegan,**<br>**Lake Bluff, IL 60044** | **2/2016** | **$180,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Terrance Wang**<br>**1625 Vista Drive**<br>**Glendale, CA 91201** | **Quit Claim Deeds to Antioch and**<br>**Grayslake Properties.**<br>**Believe they are unrecorded.** | **6/2015** | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **12314 Quassey Avenue**<br>**Lake Bluff, IL 60044** | |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
    profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Security Deposit Held for Tenant** | | **18583 West Old Gages Lake Road Grayslake, IL 60030** | $1,250.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Debtor   **DMF Realty, LLC** _____   Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Wendell De Guzman of HHS Marketing, LLC<br>5120 Main Street, Suite 106<br>Downers Grove, IL 60515** | **JV Agreement on Profits for DMF on 993 Harvest, Antioch, IL** | EIN:   **n/a**<br><br>From-To   **10/2014 - present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Dale Michalek<br>993 Harvest Drive<br>Antioch, IL 60002** | **All Available** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **DMF Realty, LLC**

Case number *(if known)*

| Name and address |
|---|
| 26d.1. **Loan Applications there may have been info requested. Debtor does not recall any formal Financial Statements.** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dale Michalek** | **993 Harvest Drive Antioch, IL 60002** | **Managing Member** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **DMF Realty, LLC**                                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2016**

**/s/ Dale Michalek**                                          **Dale Michalek**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DMF Realty, LLC** _____    Case No. _____
Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. [Other provisions as needed]
        **See Attached retainer letter**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **See Attached Retainer Letter**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2016** _____      **/s/ Ilene F. Goldstein**
*Date*                                                     **Ilene F. Goldstein**
                                                       *Signature of Attorney*
                                                       **Law Offices of Ilene F. Goldstein, Chartered**
                                                       **900 Skokie Blvd**
                                                       **Suite 128**
                                                       **Northbrook, IL 60062**
                                                       **847-562-9595  Fax: 847-564-8402**
                                                       **ifgolds@aol.com**
                                                       *Name of law firm*

### LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED

Ilene F. Goldstein

Attorneys at Law
900 Skokie Blvd
Suite 128
Northbrook, Illinois 60062
(847) 562-9595 Telephone
(847) 564-8402 Telefax
ifgolds@aol.com Email

May 11, 2016

Via Email and First Class Mail
DMF Realty, LLC
c/o Dale A. Michalek
993 Harvest Drive
Antioch, IL 60002

Re:  Chapter 7 Bankruptcy Filing

Dear Mr. Michalek:

This letter will confirm the engagement by DMF Realty L.L.C. of this firm and the basis upon which we will represent DMF Realty L.L.C.. It is our understanding that subject to and in accordance with our "standard terms of engagement for legal services", a copy of which is enclosed, we are to represent Dale A. Michalek in connection with the filing of a Chapter 7 Bankruptcy proceeding.

We will charge $2,000.00 for our legal services and fees, of which we have received $400.00, plus a $335.00 filing expense charged by the Court in connection with the Bankruptcy; $0 of which has been received. This fee will cover the counseling, preparation and filing of the bankruptcy schedules and attending all meetings of creditors and routine Court hearings in the bankruptcy[1]. At times, a colleague of our firm may attend the First Meeting of Creditors or a court hearing on our behalf. It is agreed that the retainer will be paid immediately upon the signing of this letter and/or prior to the filing of the bankruptcy.

At the present time, the hourly rates for myself is three hundred fifty dollars ($350.00). The hourly rate for paralegal work is sixty dollars ($60.00) per hour.

This letter will further confirm that DMF Realty L.L.C. has agreed to pay this firm a fee in the amount of two thousand ($2,000.00), of which we have received $400.00. It is understood that this fee is for payment of services rendered and costs advanced to date and as Advance Payment for future services and costs advanced. The fee is not intended to be a security retainer. The fee shall be treated by our firm as income upon receipt. As mentioned in addition there is a $335.00 charge by the Bankruptcy Court.

---

[1]Please see attached list for what this fee covers and does not cover.

DMF Realty L.L.C.                                    May 11, 2016
Page Two

     If this agreement is acceptable to you, please return a signed copy of this letter. We are pleased to have this opportunity to represent DMF Realty L.L.C..

Very truly yours,

/s/ Ilene F. Goldstein

Ilene F. Goldstein

IFG: lfp

Approved and accepted this _____ day of May, 2016.

By: _____

DMF Realty L.L.C.

By:    Dale A. Michalek ,A Member of the L.L.C.

**BANKRUPTCY SERVICES AND RATE SHEET**

**THE RETENTION FEE IN THE RETENTION LETTER INCLUDES THE FOLLOWING SERVICES:**

1.  Analysis of your financial situation based on the information you submit to our office, counseling on the availability of bankruptcy chapters including Chapter 7 or Chapter 13 of the Bankruptcy Code;

2.  Preparing the Bankruptcy Petition, Bankruptcy Schedules and Statement of Financial Affairs. Transmittal of these documents to the appropriate parties including the Trustee along with transmitting documents required for the First Meeting of Creditors;

3.  Attendance at the First Meeting of Creditors and any continuances thereof and complying with document requests emanating from the First Meeting of Creditors;

**THE RETENTION FEE IN THE RETENTION LETTER DOES NOT INCLUDE THE FOLLOWING SERVICES:**

1.  Objecting to or otherwise handling matters dealing with claims filed in the bankruptcy;

2.  Motions for turnover or other legal proceedings;

3.  Defending all legal matters which arises from your lack of cooperation with respect to providing documents and/or information to the Trustee and/or creditors, failure to disclose material facts or information, false information or statements made in your Bankruptcy Petition, Schedules and Statement of Financial Affairs or any other document provided by you.

4.  Negotiating or in any way attempting to resolve, settle or modify any mortgages, HELOC or other debt related matters on any real or personal property.

5.  Negotiating or in any way attempting to resolve, settle or discharge any past due income tax or other taxes paid to the Internal Revenue Services, the Illinois Department of Revenue or any other state or local taxing authority.

**ADDITIONAL CHARGES:**

Rescheduling First Meeting of Creditors          $225.00
based on failure to attend without prior
notification, at least 24 hours in advance:

Amendments to Schedules:                         $150.00 plus filing fee
Reopening of Case for any reason:                $250.00 plus filing fee
Attorney time for attending 2004 Exams:          $350.00 per hour or current rate

## STANDARD TERMS OF ENGAGEMENT FOR LEGAL SERVICES

1. <u>Scope and Assignment of Duties</u>.  The scope of our duties will encompass the matters referred to in the accompanying letter and any future matters for which we may be engaged.  We will endeavor to assign those lawyers and staff personnel needed to perform the services you desire on an effective and cost efficient basis.

2. <u>Charges</u>.  We will normally charge for services based upon the type of services rendered and the reasonable value of those services.  Although time is the primary consideration, other factors include the time limitations imposed by you or the circumstances, the novelty and difficulty of the questions, the experience, reputation and ability of the lawyer performing the services, the amount involved, the results obtained and other similar considerations.  Special emergency services or court or deposition time may be billed at higher rates than our basic hourly rates.  At the present time our hourly rates for attorneys range from $350.00 to $170.00 and are subject to change from time to time.  Where appropriate, we will attempt to use paralegal assistant services which are billed at substantially lower rates that those of attorneys, currently $60.00 per hour.  We will expect reimbursement for out of pocket costs made or incurred on your behalf, including but not limited to delivery charges, copying or producing documents, filing fees, deposition and transcription costs, witness fees, travel expense, secretarial overtime and like.  These costs will be itemized on your invoice.

3. <u>Standard Billing and Payment Procedures</u>.  We will progress bill on a monthly basis unless services performed during the prior month are minimal in amount.  We will bill on a monthly basis and reconcile the account unless the services performed during the prior month are minimal in amount.  Payment for fees and out of pocket disbursements are due upon receipt of each bill.  We reserve the right to charge interest on accounts which are past due at the rate of nine percent (9%) per annum.

4. <u>Termination of Engagement</u>.  You may terminate our engagement for any reason whatsoever upon written notice to us.  Upon termination and upon payment of our fees and out of pocket costs, we will deliver to you such papers and property as you request but we will retain our own files.  You will be expected to pay the costs of copying and delivery.  Termination of our services will not affect your responsibility to pay for legal services rendered and all out of pocket disbursements up to the date of termination.

We may terminate our engagement for any the reason permitted under the "Illinois Rules of Professional Conduct" including your failure to disclose material facts or misrepresentations by you, or any other conduct or situation which, in our judgement, impairs an effective attorney client relationship or conflicts with our professional responsibilities or your failure to pay our charges.

5.   <u>Review of Statements</u>.   To minimize the likelihood of errors or misunderstandings, you agree you will review each statement promptly and advise us of any question or disagreements you may have regarding it.   Absent such advice within thirty (30) days after the rendering of the statement, it is understood and agreed that you will be deemed to have reviewed the bill and accepted it as correct.

6.   <u>Collection Procedures</u>.   In the event of non-payment, it is our custom to refer the matter to other attorneys for collection.   If we do so or if we institute proceedings ourselves, we shall be entitled to recover court costs and reasonable attorneys fees for such collection efforts.

7.   <u>Questions</u>.   Whenever you have any questions or comments regarding our services or the status of your matter, please do not hesitate to contact the attorney with whom you are working.   We encourage your comments, questions or suggestions, all of which enable us to serve you more efficiently and enhance our working relationship.

8.   <u>Your Consent</u>.   Your signature to the accompanying letter will indicate your understanding and agreement to the terms set forth above.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DMF Realty, LLC**                                                    Case No.

_____    Chapter    **7**    _____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____    **8**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **May 16, 2016**                          **/s/ Dale Michalek**
_____    _____
**Dale Michalek/Managing Member**
Signer/Title

Dale Michalek
993 Harvest Drive
Antioch, IL 60002


Dale Michalek
993 Harvest Drive
Antioch, IL 60002


FRLF 1, LLC
222 West Adams Street
Suite 1980
Chicago, IL 60606


Lake County
18 N. County St.
Suite 102
Waukegan, IL 60085-4361


Lake County
18 N. County St.
Suite 102
Waukegan, IL 60085-4361


RCN Capital One
75 Gerber Road East
South Windsor, CT 06074


Terrance Wang
1625 Vista Drive
Glendale, CA 91201


Wendell De Guzman of
HHS Marketing, LLC
5120 Main Street, Suite 106
Downers Grove, IL 60515

# United States Bankruptcy Court
### Northern District of Illinois

In re   **DMF Realty, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DMF Realty, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 16, 2016**

Date

**/s/ Ilene F. Goldstein**

**Ilene F. Goldstein**

Signature of Attorney or Litigant

Counsel for   **DMF Realty, LLC**

**Law Offices of Ilene F. Goldstein, Chartered**

**900 Skokie Blvd**
**Suite 128**
**Northbrook, IL 60062**
**847-562-9595 Fax:847-564-8402**
**ifgolds@aol.com**